**Order entered September 2, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00404-CR

**OSCAR REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-76942-S**

### ORDER

We reinstate the appeal.

On August 25, 2022, we entered an order abating this appeal and ordering the trial court to conduct a hearing to determine why appellant's brief had not been filed. The trial court was ordered to make findings and transmit a record of the proceedings and the trial court's findings to the Court.

Before the Court is appellant's August 30, 2022 third motion for extension of time to file his brief. Appellant has tendered his brief with the motion.

We **GRANT** appellant's third motion for extension and **ORDER** appellant's brief received with the motion filed as of the date of this order.

Because findings are no longer necessary, we **VACATE** that portion of our August 25, 2022 order directing the trial court to conduct a hearing, make findings, and transmit a record of the proceedings and findings to the Court.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court, and to counsel for all parties.

/s/     BILL PEDERSEN, III
         JUSTICE

–2–